1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  BRIGID S. MARTIN  (CABN 231705)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone:  (415) 436-7021
7      Fax: (415) 436-7234
       E-Mail: brigid.martin@usdoj.gov
8
9  Attorneys for the United States of America

10                    UNITED STATES DISTRICT COURT
11                  NORTHERN DISTRICT OF CALIFORNIA
12                        SAN FRANCISCO DIVISION
13
   UNITED STATES OF AMERICA,        )   No. CR 11-0838 JSW
14                                  )
         Plaintiff,                 )   [~~PROPOSED~~] ORDER DETAINING
15                                  )   DEFENDANT PENDING TRIAL
                                    )
16          v.                      )
                                    )
17 JIMMY ARREGUIN,                  )
                                    )
18       Defendant.                 )
                                    )
19 _____)

20       Defendant Jimmy Arreguin was charged in a single-count Indictment with being a felon
21 in possession of ammunition in violation of 18 U.S.C. § 922(g)(1).  The United States moved for
22 defendant's detention pursuant to 18 U.S.C. § 3142, and asked for a detention hearing, as
23 permitted by 18 U.S.C. § 3142(f).
24       On December 9, 2011, following a hearing pursuant to 18 U.S.C. § 3142(f), and
25 considering the Pretrial Services criminal history report, the Indictment filed in this case, and the
26 factors set forth in 18 U.S.C. § 3142(g), the Court ordered defendant detained, finding by clear
27 and convincing evidence that no condition or combination of conditions in 18 U.S.C. § 3142(c)
28 will reasonably assure the safety of any other person and the community.  Specifically, the Court

[~~PROPOSED~~] ORDER
CR 11-0838 JSW

1   noted defendant's three prior felony convictions, including one conviction for a violent felony,
2   robbery.  More importantly, the defendant committed two of the crimes resulting in felony
3   convictions while he was already on supervision, the defendant has a total of seven parole
4   violations, and the instant charged conduct occurred while the defendant was on probation.
5   While being a felon in possession of ammunition is not in itself a violent crime, and regardless of
6   whether the defendant planned to sell the ammunition as proffered by the defense, the Court
7   found that such conduct poses a safety risk, especially when the defendant is alleged to have
8   committed this crime while on supervision.
9        The Court found that in light of these circumstances, no condition or combination of
10  conditions in 18 U.S.C. § 3142(c) will reasonably assure the safety of any other person and the
11  community.  Because the Court determined that the defendant should be detained on this basis,
12  the Court did not decide whether the defendant is a flight risk.
13       Accordingly, for the foregoing reasons, IT IS ORDERED THAT, pursuant to
14  18 U.S.C. § 3142(i):
15       (1) the defendant be, and hereby is, committed to the custody of the Attorney
16       General for confinement in a corrections facility separate, to the extent practicable, from
17       persons awaiting or serving sentences or being held in custody pending appeal;
18       (2) the defendant be afforded reasonable opportunity for private consultation with his
19       counsel; and (3) on order of a court of the United States or on request of an attorney for
20       the government, the person in charge of the corrections facility in which the defendant
21       is confined shall deliver the defendant to an authorized Deputy United States Marshal for
22       the purpose of any appearance in connection with a court proceeding.

DATED:  12/13/11



HON. J.
United States Magistrate Judge
Judge Joseph C. Spero

[~~PROPOSED~~] ORDER
CR 11-0838 JSW                                          -2-